**EXHIBIT D**

**Preliminary Claim Chart**

| **Patent 8,390,206 Claim 1** | **LS21-801-70** |
|---|---|
| 1. A variable-effect lighting system comprising: | The LS21-801-70 described as "70 Bulb Dual Color LED Light String Starter Set - 9 Function" ("Accused Instrumentality") is a variable-effect lighting system (e.g., 9 different light effects).<br><br><br>https://www.houzz.com/products/70-bulb-dual-color-led-light-string-starter-set-9-function-prvw-vr~61388728 |

| **Patent 8,390,206 Claim 1** | **LS21-801-70** |
|---|---|
| | NINE Function Foot Switch:<br>Steady Warm White ▶ Steady Multicolor ▶ Fading Warm White ▶ Fading Multicolor ▶ Fading Warm White to Multicolor ▶ Twinkling Warm White ▶ Twinkling Multicolor ▶ Twinkling Warm White to Multicolor (slow) ▶ Twinkling Warm White to Multicolor (fast) |
| a lamp assembly comprising a plurality of multi-coloured lamps in series with an AC voltage source and in series with each other, | The Accused Instrumentality comprises a lamp assembly comprising a plurality of multi-coloured lamps (e.g., there are ten sets of a warm white LEDs paired with a colored LEDs) in series with an AC voltage source (e.g., the tensets of LEDs are in series to a 120V ~ 60Hz, 0.16A AC power source via an AC to DC converter) and in series with each other (e.g. the ten sets of LED pairs are all in series with each other). |

| Patent 8,390,206<br>Claim 1 | LS21-801-70 |
|---|---|
| | <br><br>https://www.houzz.com/products/70-bulb-dual-color-led-light-string-starter-set-9-function-prvw-vr~61388728 |

| Patent 8,390,206<br>Claim 1 | LS21-801-70 |
|---|---|
| | NINE Function Foot Switch:<br>Steady Warm White ▶ Steady Multicolor ▶ Fading Warm White ▶ Fading Multicolor ▶ Fading Warm White to Multicolor ▶ Twinkling Warm White ▶ Twinkling Multicolor ▶ Twinkling Warm White to Multicolor (slow) ▶ Twinkling Warm White to Multicolor (fast) |

| Patent 8,390,206 Claim 1 | LS21-801-70 |
|---|---|
| | Input: 120V~60 Hz 0.16A<br><br>As disclosed below Accused Instrumentality has 10 series connected sections of bicolor LEDs in parallel. |

| Patent 8,390,206 Claim 1 | LS21-801-70 |
| --- | --- |
| |  |
| the voltage source having a frequency, | The Accused Instrumentality comprises a voltage source having a frequency (e.g., and AC power source with a 60 Hz frequency). |

| Patent 8,390,206 Claim 1 | LS21-801-70 |
|---|---|
| | Input: 120V~60 Hz 0.16A |
| each said multi-coloured lamp comprising a first illuminating element for producing a first colour of light, and a second illuminating element for producing a second colour of light | Each of the multi-coloured lamps (e.g. bicolor LEDs) utilized by the Accused Instrumentality comprises a first illuminating element for producing a first colour (e.g., a warm white color) of light, and a second illuminating element for producing a second colour of light (e.g., any color other than the cool white).<br><br>The bicolor LEDs have two back to back connected LEDs such that when positive voltage is applied to the terminals of LED then one LED illuminates and when negative voltage is applied to the terminals of LED then another LED illuminates. |

| Patent 8,390,206 Claim 1 | LS21-801-70 |
|---|---|
| | White color light<br>Multi color light<br>Total 7 parallelly connected sections of 10 serially connected bicolor LEDs only 3 shown<br>Circuit of the product identified by observing the components |
| a lamp controller coupled to the lamp assembly | The Accused Instrumentality comprises a lamp controller (e.g., a 8-pin controller chip and an H Bridge consisting of 4 transitors) coupled to the lamp assembly. |

| Patent 8,390,206 Claim 1 | LS21-801-70 |
|---|---|
| | NINE Function Foot Switch:<br>Steady Warm White ▶ Steady Multicolor ▶ Fading Warm White ▶ Fading Multicolor ▶ Fading Warm White to Multicolor ▶ Twinkling Warm White ▶ Twinkling Multicolor ▶ Twinkling Warm White to Multicolor (slow) ▶ Twinkling Warm White to Multicolor (fast) |


| |  Switch<br>Transistors<br>Controller<br>FY-FM9 |
|---|---|



| Patent 8,390,206 Claim 1 | LS21-801-70 |
|---|---|
| |  |
| for controlling a current draw of each said | On information and belief, the direction of current flow through the lamp assembly is controlled by the 8-pin controller and the H-bridge comprising transistors Q1, Q2, Q3, and Q4. On information and belief, |

| **Patent 8,390,206 Claim 1** | **LS21-801-70** |
|---|---|
| illuminating element, the controller being configured to adjust the current draw in accordance with the voltage frequency. | the current through the H-bridge is keyed to the voltage frequency, so that current through the H-bridge flows in a first direction during a first voltage phase, and in the second direction during the second voltage phase. Current flowing in one direction causes a first color to illuminate and current flowing in the opposite direction causes a second color to illuminate. When current is supplied to lamp assembly, the lamp assembly draws the current in accordance with the voltage frequency. |

| | |
|---|---|
| | Switch<br>Transistors<br>Controller<br>FY-FM9 |

| Patent 8,390,206 Claim 1 | LS21-801-70 |
|---|---|
|  |  |